UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ELIBERTO LOPEZ, | ) CV 13-00115-PSG (SH) |
| | ) |
| Plaintiff, | ) ORDER ACCEPTING REPORT |
| | ) AND RECOMMENDATION OF |
| v. | ) UNITED STATES MAGISTRATE |
| | ) JUDGE |
| CAROLYN W. COLVIN, Comm. | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant, | ) |

    Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

    IT IS ORDERED that (1) the Report and Recommendation is approved and accepting as the Fact and Conclusions of Law herein; and (2) reversing the matter for further proceedings, pursuant to Sentence 43 of 42 U.S.C. §405(g).

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment by United States mail on the plaintiff and on the United States Attorney for the Central District of California.

DATED: August 16, 2013

_____
PHILIP S. GUTIERREZ
UNITED STATES  DISTRICT JUDGE