1  Suzanne C. Leidner
2  LEIDNER & LEIDNER
   4622 Hollywood Blvd.
3  Los Angeles, CA 90027
4  Tel: (323) 664-5670
   Fax:(323)662-0840
5  email: Scleidner@aol.com
6  State Bar of California #090387

7
   Attorney for Plaintiff
8  ELIBERTO LOPEZ

9               UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA.
10
11                    WESTERN DIVISION

12

   ELIBERTO LOPEZ                    )   CASE NO.:  CV 13 00115 PSG SH
13
   Plaintiff                         )       Order Awarding EAJA
14                                   )       Fees
15     vs.                           )
                                     )
16 CAROLYN W. COLVIN,                )
17 Commissioner of Social Security,  )
                                     )
18 Defendant.                        )
19

20        IT IS ORDERED that based upon the parties Stipulation for the Award

21  and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

22  attorney fees under EAJA in the amount of THIRTY-SIX HUNDRED

23  DOLLARS and 00/cents ($3,600.00), as authorized by 28 U.S.C. 2412(d), and

24  subject to the terms of the above-referenced Stipulation.

25

26  DATED:  SEPTEMBER 26, 2013

27                                   _____
                                          STEPHEN J. HILLMAN
28                                     UNITED STATES MAGISTRATE JUDGE

-1-